UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

**TRUSTEE'S SUPPLEMENTAL REPORT
FOLLOWING CONFIRMATION HEARING**

CASE NO.   A18-53785-SMS           SAGE M. SIGLER, JUDGE
DEBTOR(S): FRANK LEE WILLIAMS      DATE: JULY 17, 2018

   K. EDWARD SAFIR REPORT BACK IN 10 DAYS

   AFTER REVIEW OF 2015 AND 2016 STATE TAX RETURN(S).

   THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND

   RECOMMENDS AGAINST CONFIRMATION BECAUSE:
   THE TRUSTEE HAS NOT RECEIVED THE DEBTOR'S 2015 AND
   2016 STATE TAX RETURN(S).
   PLEASE ENTER AN ORDER OF DISMISSAL.


   August 23, 2018


                                      /s/
                           K. EDWARD SAFIR, ATTORNEY
                           STATE BAR NO. 622149




Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N. E.
Atlanta, GA  30303-1740
(404) 525-1110
eds@atlch13tt.com

A18-53785-SMS

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served

DEBTOR(S):

FRANK LEE WILLIAMS
2527 BROWNS MILL ROAD, SE
ATLANTA, GA 30354

ATTORNEY FOR DEBTOR(S):

SLIPAKOFF & SLOMKA, PC
OVERLOOK III - SUITE 1700
2859 PACES FERRY RD, SE
ATLANTA, GA 30339

in the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 23rd day of August 2018


_____/s/_____
K. EDWARD SAFIR, ATTORNEY
STATE BAR NO. 622149




Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N. E.
Atlanta, GA  30303-1740
(404) 525-1110
eds@atlch13tt.com